**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joe L. ADAMS, a.k.a. Preacher,**
**Defendant–Appellant.**

**No. 09–14387**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 26, 2010.

Richard L. Rosenbaum, Arnstein & Lehr, LLP, Ft. Lauderdale, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Kathleen Sayler, AUSA, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Joe L. Adams, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and Adams's conviction and sentence are **AFFIRMED.**